### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

ARTURO ANAYA,

    Plaintiff,

v.                                                                                               CV No. 20-357 JB/CG

TIMOTHY HATCH, Warden,

    Defendant.

### ORDER TO CURE DEFICIENCIES

**THIS MATTER** is before the Court on the pro se *Petition for writ of habeas corpus* (the "Petition"), (Doc. 1), filed by Plaintiff Arturo Anaya. The Court determines that the pro se Petition is deficient, as follows:

    (1) Plaintiff has not paid the $5 filing fee or filed an Application to Proceed in the District Court Without Prepaying Fees and Costs; and

    (2) the pro se Petition is handwritten, provides little or no information regarding the grounds for Plaintiff's claims, and is not in the proper federal form.

Plaintiff must cure these deficiencies if he wishes to pursue his claims. The deficiencies must be cured no later than May 25, 2020. Plaintiff must include the civil action number, CV 20-00357 JB/CG, on all papers he files in this proceeding. If Plaintiff fails to cure the deficiencies by May 25, 2020, the Court may dismiss this proceeding without further notice.

**IT IS THEREFORE ORDERED** that by **May 25, 2020**, Plaintiff Arturo Anaya shall cure the deficiencies by (1) paying the $5 filing fee or submitting an Application to Proceed in the District Court Without Prepaying Fees and Costs, and (2) filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 in the proper form.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to mail to Plaintiff, together with a copy of this Order, (1) two copies of an Application to Proceed in the District Court without Prepaying Fees and Costs under 28 U.S.C. § 1915, with instructions, and (2) a form petition for writ of habeas corpus under 28 U.S.C. § 2254, with instructions.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE