# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ARTURO ANAYA,

    Plaintiff,

v.                                                         CV No. 20-357 JB/CG

TIMOTHY HATCH, Warden,

    Defendant.

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

**THIS MATTER** is before the Court on Petitioner Arturo Anaya's *Application to Proceed in District Court without Prepaying Fees or Costs* (the "Application"), (Doc. 6), filed June 11, 2020. The Court, having reviewed the Motion and the relevant law, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Mr. Anaya may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE